# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN L. BROWN,<br><br>             Petitioner,<br><br>      v.<br><br>RICHARD IVES, Warden,<br><br>             Respondent.<br>_____ | Case No. CV 14-2643-SVW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: October 27, 2015        _____
                                HONORABLE STEPHEN V. WILSON
                                UNITED STATES DISTRICT JUDGE