JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BRIAN L. BROWN,

               Petitioner,

        v.

RICHARD IVES, Warden,

               Respondent.

)
)
)
)
)
)
)
)
)

Case No. CV 14-2643-SVW (SP)

**JUDGMENT**

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 27, 2015

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE